PAUL J. CAMBRIA, JR., SBN 177957
A Member of
LIPSITZ, GREEN, FAHRINGER,
ROLL, SALISBURY & CAMBRIA, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202-3901
(716) 849-1333

MARK S. HOFFMAN, SBN 108400
A Member of
LABOWE, LABOWE & HOFFMAN, LLP
1631 West Beverly Blvd.
Second Floor
Los Angeles, CA 90026-5746
(213) 250-9800

Attorneys for Defendants
L. F. P., INC.,
FLYNT INTERNET, INC. dba
FLYNT INTERNET LTD. and
MEDIA PLUS WEB CONSULTING, INC.

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> L. F. P., INC., , FLYNT INTERNET, INC., dba FLYNT INTERNET, LTD. and MEDIA PLUS WEB CONSULTING, INC., <br><br> Defendants | Case No.: C 03 4700 VRW <br><br> STIPULATION OF DISMISSAL <br> Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff IO Group, Inc., and defendants L. F. P., Inc., Flynt Internet, Inc. d/b/a Flynt Internet, Ltd., and Media Plus Web Consulting, Inc., that the above-captioned action be and

1

hereby is dismissed, without prejudice, each party to bear his or its own costs and attorneys' fees.

Dated: September 13, 2004

LABOWE, LABOWE & HOFFMAN, LLP

LIPSITZ, GREEN, FAHRINGER,
ROLL, SALISBURY & CAMBRIA, LLP

By: _____
    Bernard M. Brodsky, Esq.
Attorneys for Defendants L.F.P., Inc.,
Flynt Internet, Inc., dba Flynt Internet, Ltd. and
Media Plus Web Consulting, Inc.

Dated: September 14, 2004

LAW OFFICES OF STEVEN AMES BROWN

By: _____
    Steven Ames Brown, Esq.
Attorney for Plaintiff Io Group, Inc.

F:\ADULT\11740\0413\PL\Stipulation of Dismissal.doc